# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROSS LEFEVER,<br><br>    Petitioner,<br><br>  v.<br><br>LAKE,<br><br>    Respondent. | Case No. 1:19-cv-00294-DAD-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT PETITION<br><br>(ECF No. 11) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 15, 2019, Petitioner filed a "motion to add brief to 2241," which the Court construes as a motion to supplement the petition. (ECF No. 11). Therein, Petitioner requests the Court take into consideration a recent Sixth Circuit case, <u>United States v. Jackson</u>, No. 17-3896/3902.

As no responsive pleading has yet been filed in the instant case, the Court will grant the motion to supplement the petition.

IT IS SO ORDERED.

Dated: **May 16, 2019**

                                                UNITED STATES MAGISTRATE JUDGE