# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROSS LEFEVER,<br><br>  Petitioner,<br><br>  v.<br><br>LAKE,<br><br>  Respondent. | Case No. 1:19-cv-000294-DAD-SAB-HC<br><br>ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF FINDINGS AND RECOMMENDATION |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 16, 2019, Respondent filed a motion to dismiss the petition. (ECF No. 12). Petitioner filed an opposition. (ECF No. 14). On June 27, 2019, the undersigned issued findings and recommendation to grant Respondent's motion to dismiss and dismiss the petition. (ECF No. 15). On August 8, 2019, Petitioner filed a notice informing the Court that he was in the process of being transferred, that he had not received any correspondence from the Court as of August 6, 2019, and that he would notify the Court of his new address when he arrived at his new institution. (ECF No. 16). On September 30, 2019, Petitioner filed a notice of his new address. (ECF No. 17).

///
///

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is GRANTED **thirty (30)** days from the date of service of this order to file objections to the findings and recommendation; and
2. The Clerk of Court is DIRECTED to send Petitioner a copy of the findings and recommendation (ECF No. 15).

IT IS SO ORDERED.

Dated: **October 2, 2019**

UNITED STATES MAGISTRATE JUDGE